UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>    Applicant,<br><br>v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 07ms92 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the application of the National Labor Relations Board (the "Board"), pursuant to 29 U.S.C. Sec. 161(2), for an order requiring compliance with a subpoena duces tecum issued to Respondent Tony Butler, good cause appears for granting the Board's application. Accordingly, it is hereby:

I.    ORDERED that Respondent Tony Butler shall appear for a deposition before a representative of the Board within 14 days of this Order on a date and location selected by the Board and, then and there, provide the documents and written answers to the interrogatories, as requested by Subpoena Duces Tecum B-498162.

II.    IT IS FURTHER ORDERED that Butler shall reimburse the Board for all attorneys' fees and costs incurred by the Board in connection with this subpoena enforcement proceeding. Attorneys' fees shall be calculated at the prevailing market rate. Upon failure of the parties to agree upon the amount of such reimbursement, the Board

may make further application to the Court for an order fixing said amount.

ENTERED BY ORDER OF THE COURT

_____

Date:

4/9/07