UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL LABOR RELATIONS BOARD )
)
    Plaintiff, )
)
v. ) Civ. Action No. 07mc92 (RJL)
)
TONY BUTLER )
)
    Defendant. )

## ORDER

Upon motion of the National Labor Relations Board (the "Board") and based on the failure of Respondent Tony Butler to comply with this Court's order, dated April 9, 2007, it is this 13th day of June, 2007 hereby:

**ORDERED** that respondent Tony Butler is in civil contempt of court for failing to appear for a deposition before a representative of the Board and for failing to supply the Board with documents and written answers to interrogatories as ordered by the Court; and it is further

**ORDERED** that within fourteen (14) days of the date of this order, Mr. Butler shall appear for a deposition before a representative of the Board and provide the documents and answers to interrogatories requested; and it is further

**ORDERED** that Mr. Butler shall reimburse the Board for all attorneys' fees and costs incurred by the Board in initiating and prosecuting this contempt action. If the parties cannot agree on this amount, the Board may submit its costs and attorneys' fees to

this Court for approval; and it is further

**ORDERED** that within twenty-one (21) days of the date of this order, Mr. Butler shall submit a statement with the Court indicating compliance with this order; and it is further

**ORDERED** that a fine of $1,000.00 is hereby imposed on Mr. Butler to be paid to the Clerk of the Court within fourteen (14) days of the date of this order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge