UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD )<br>1099 14th Street, NW, Suite 10700 )<br>Washington, D.C. 20005, )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>TONY BUTLER )<br>9509 Greencastle Ln )<br>Lorton, VA 22079, )<br>   )<br>   Defendant. ) | Civil Case No. 07ms92 (RJL) |

**NATIONAL LABOR RELATIONS BOARD'S STATUS REPORT**

The National Labor Relations Board (the "Board"), by its undersigned counsel, and in compliance with this Court's July 25, 2007 Order, hereby submits this report, in order to apprise the Court of the status of Defendant Tony Butler's compliance with the Court's June 14, 2007 contempt adjudication.

1. On June 14, 2007, this Court entered a contempt adjudication finding Defendant in civil contempt for failing to comply with its judgment issued on April 9, 2007. The Court ordered Defendant to: within fourteen (14) days, appear for a deposition before a representative of the Board and provide the documents and written answers to interrogatories as ordered by the Court on April 9, 2007; reimburse the Board for all attorneys' fees and costs incurred by the Board in initiating and prosecuting the contempt action; within twenty-one (21) days, submit a statement to the Court indicating compliance with its contempt adjudication; and, within fourteen (14) days, pay a fine of $1,000.00 to the Clerk of the Court.

2. On July 11, 2007, Defendant appeared for a deposition before the undersigned and provided the documents and written answers to interrogatories as ordered by the Court in its April 9, 2007 judgment and June 14, 2007 contempt adjudication.

3. On July 11, 2007, Defendant advised the undersigned that he had not paid the $1,000.00 fine to the Clerk of this Court.  To the best of the undersigned's knowledge, the fine remains unpaid.

4. On August 2, 2007, and August 6, 2007, the undersigned left messages for Defendant explaining to him the Court's requirement that a joint status report be filed by August 8, 2007.  The undersigned requested that Defendant call him back to discuss the contents herein.  Defendant has not responded to any of the messages.

5. Initially, the Board advised Defendant at his deposition that it would not seek to collect any attorneys' fees and costs that it incurred in initiating and prosecuting the contempt action, *provided* Defendant continues to cooperate with the Board in its investigation of unfair labor practice allegations involving Defendant's company, Bravo Fire Protection, Inc.  Because the Defendant continues refusing to respond to the Board's phone calls or letters, the Board will be submitting a demand letter to Defendant seeking payment of its attorney's fees and costs, pursuant to the Court's April 9, 2007

judgment and June 14, 2007 contempt adjudication.

                                             Respectfully submitted,

                                             /s/ David H. Mori
                                             David H. Mori, Attorney
                                             National Labor Relations Board
                                             Contempt Litigation and Compliance Branch
                                             1099 14th Street, NW, Suite 10700
                                             Washington, D.C. 20005
                                             (202) 273-3743
                                             email:  david.mori@nlrb.gov

Dated at Washington, D.C., this 7th day of August, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD** 1099 14th Street, NW, Suite 10700 Washington, D.C. 20005, | ) ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | Civil Action No. 07ms92 (RJL) |
| **TONY BUTLER** 9509 Greencastle Ln Lorton, VA 22079, | ) ) ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one copy of the Board's STATUS REPORT was this day served by FEDERAL EXPRESS upon Defendant at the following address:

> Tony Butler
> Bravo Fire Sprinkler Company, Inc.
> 9509 Greencastle Ln
> Lorton, VA 22079

> /s/ David H. Mori_____
> David H. Mori
> Trial Attorney
> Contempt Litigation and Compliance Branch
> 1099 14th Street, NW, Suite 10700
> Washington, D.C. 20005
> (202) 273-3743

Dated at Washington, D.C.
this 7th day of August, 2007.