UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL LABOR RELATIONS BOARD, )
)
        **Plaintiff,** )
)
v. )   Civil Action No. 07mc92 (RJL)
)
TONY BUTLER, )
)
        **Defendant.** )

## PAYMENT PLAN

Plaintiff National Labor Relations Board (the "Board"), an administrative agency of the United States Government, and Defendant Tony Butler, jointly submit this payment plan for approval by this Court:

1.    On June 13, 2007, this Court issued its order adjudicating Butler in civil contempt for failing to appear for a deposition before a representative of the Board and for failing to supply the Board with documents and written answers to interrogatories as ordered by this Court. As part of this contempt adjudication, Butler was ordered to pay a fine of $1,000 to the Clerk of this Court.

2.    Butler agrees to pay this $1,000 fine to the Clerk of this Court in installments as follows:

    a)    Butler shall pay the first installment of $250 to the Clerk of this Court by no later than September 30, 2007;

    b)    Butler shall pay the second installment of $250 to the Clerk of this Court by no later than October 31, 2007;

    c)    Butler shall pay the third installment of $250 to the Clerk of this Court by no later than November 30, 2007;

d) Butler shall pay the fourth and final installment of $250 to the Clerk of this Court, by no later than December 31, 2007; and

e) Butler shall make each of the above-described payments, in person, with either a cashier's check or money order made out to the Clerk of this Court. Within two (2) days of each such payment, Butler shall mail a copy of the check or money order, as well as proof of payment (i.e., receipt), to the National Labor Relations Board at the following address:

> National Labor Relations Board
> Contempt Litigation and Compliance Branch
> 1099 14th Street, NW, Suite 10700
> Washington, DC 20005

3. Upon receipt of proof that the final payment of $250 was made, the Board will immediately seek to withdraw the instant case, or have this Court dismiss the instant case.

4. In the event Butler fails to make a scheduled payment, or fails in any other way to comply with this payment plan, Butler agrees that the total amount, less any amounts paid, shall become immediately due and payable, and that the Board reserves the right to seek any additional remedies from this Court, including, but not limited to, reimbursement of its costs and attorneys' fees as ordered by this Court in its June 13, 2007 contempt adjudication.

_____ Date: 8/28/07          _____ Date: 28 AUG 07
David H. Mori, Attorney               Tony Butler
National Labor Relations              9509 Greencastle Ln
Contempt Litigation and Compliance Branch   Lorton, VA 22079
1099 14th Street, NW, Suite 10700     Telephone: (703) 989-4859
Washington, DC 20005
Telephone: (202) 273-3743
Email: david.mori@nlrb.gov

SO ORDERED:
                                      _____
                                      RICHARD J. LEON
                                      United States District Judge