UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>    Petitioner,<br><br>  v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br><br>    Respondent,<br><br>  and<br><br>WACHOVIA BANK<br>Lorton Town Center Financial Center<br>8994 Lorton Station Blvd<br>Lorton, VA 22079,<br><br>    Garnishee. | No. MC07-92 (RJL) |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

YOU ARE HEREBY NOTIFIED that the National Labor Relations Board (the "Board"), an independent agency of the United States Government, is seeking to take certain funds and/or property of the Respondent Tony Butler (the "Respondent"), including any funds deposited into or held in any accounts maintained with Wachovia Bank (the "Garnishee"). The Board is seeking to take such funds in satisfaction of a court order entered on September 4, 2007 by the United States District Court for the District of Columbia in Civil Case No. 1:07-mc-00092-RJL for a fine assessed by this Court against the Respondent for failing to comply with a subpoena duces tecum issued by the Board. The total amount currently due and owing pursuant to said order is $1,000.00.



2

The Respondent has a right to ask the Court to return his property if he believes that he does not owe the money that the National Labor Relations Board claims. Further, the Respondent has a right to file a written objection explaining why his funds are exempt from execution under state or federal law.

If the Respondent wants a hearing, he must notify the Court within 20 days after he receives this notice. <u>Please note that federal law provides that corporations may appear in federal court only through a licensed attorney</u>. Therefore, an attorney must sign any request for a hearing filed on behalf of a corporation. The Respondent must make his request for a hearing in writing, and either mail it or delivery it in person to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, District of Columbia, 20001. <u>Please note that any request for hearing must state the specific grounds for any objection to the garnishment and that the Respondent bears the burden of providing such grounds at the hearing</u>. If the Respondent wishes, he may request a hearing by completing the Request-for-Hearing form attached as the last page of this Notice and mail or deliver the Request for Hearing to the Court clerk. The Respondent must also send a copy of his request to Stanley R. Zirkin, Assistant General Counsel, National Labor Relations Board, Contempt Litigation & Compliance Branch, 1099 14th Street, NW, Suite 10700, Washington, District of Columbia, 20005, so that the National Labor Relations Board will know that the Respondent wants a hearing. The hearing will take place within 5 days after the Clerk receives the request, if the Respondent asks for it to take place that quickly, or as soon after that as possible.

At the hearing, the Respondent may explain to the judge why he believes that he does not owe money to the National Labor Relations Board. Additionally, the Respondent will have the

3

opportunity to explain why he believes that he has an exemption claim. A Notice to the Respondent on How to Claim Exemptions is provided herewith.

If the Respondent believes that he is located outside the federal judicial district in which the Court is located, he may request, not later than twenty (20) days after he receives this notice, to have this proceeding be transferred by the Court to the Federal judicial district in which he resides. The Respondent must make any such request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, District of Columbia, 20001. The Respondent must also send a copy of his request to Stanley R. Zirkin, Assistant General Counsel, National Labor Relations Board, Contempt Litigation & Compliance Branch, 1099 14th Street, NW, Washington, Suite 10700, District of Columbia, 20005, so that the National Labor Relations Board will know that he wants the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If the Respondent has any questions about his rights or about this procedure, he should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice but can refer you to other sources of information.

*Wayne R. Burwell*
Clerk, United States District Court