UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>Petitioner,<br><br>v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br><br>Respondent,<br><br>and<br><br>WACHOVIA BANK<br>Lorton Town Center Financial Center<br>8994 Lorton Station Blvd<br>Lorton, VA 22079,<br><br>Garnishee. | No. 07-mc-92 |

WRIT OF GARNISHMENT

To:   Wachovia Bank
      Lorton Town Center Financial Center
      8994 Lorton Station Blvd
      Lorton, VA 22079

The National Labor Relations Board (the "Board"), an independent agency of the United States Government, has filed with the Court an application for a Writ of Garnishment against certain property of Respondent Tony Butler. An order has been entered by the United States District Court for the District of Columbia (Civil Action No. 1:07-mc-00092-RJL) against the Respondent in the amount of $1,000.00.

2

YOU ARE HEREBY REQUIRED to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession any moneys or property owned by or in which Respondent Tony Butler has a substantial interest or whether you are indebted to the Respondent. You shall include in your answer a description of all such property and indebtedness, and the value of any such property. Your answer must also give a description of any previous garnishments to which such property is subject, if any. For your convenience, a form Answer is being provided with this Writ.

YOU MUST FILE the original written Answer to this Garnishment within ten (10) days of receipt with the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, District of Columbia, 20001. Additionally, you must also serve a copy of your Answer upon the Respondent, and upon Stanley R. Zirkin, Assistant General Counsel, National Labor Relations Board, Contempt Litigation & Compliance Branch, 1099 14th Street, NW, Suite 10700, Washington, District of Columbia, 20005.

YOU ARE HEREBY COMMANDED, unless otherwise directed by the Court or by this Writ, not to pay any debt owed to the Respondent at the time this Writ was served and not to deliver, sell, or transfer any property or money of the Respondent that is in your possession or control at the time this Writ is served or which may hereafter come into your possession or control pending further order of the Court. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the Board's claim.

YOU ARE FURTHER COMMANDED to withhold and retain any property in which the Respondent has a substantial interest and for which you are or may become indebted to the Respondent pending further order of the Court.

3

Under the law, there is property that is exempt from this Writ of Garnishment. If, at the time this Writ was served, you owe the Respondent any earnings (that is, wages, salaries, commissions, bonuses, or other compensation for personal services or any periodic payments pursuant to a pension or retirement program), the Respondent is entitled to receive amounts that are exempt from garnishment under federal and state law. You must pay the exempt amounts to the Respondent on the day you would customarily pay the compensation or other periodic payment.

If you owe the Respondent money in excess of $1,000.00, hold only that amount and release all additional funds or property of the Respondent.

IF YOU FAIL TO ANSWER THIS WRIT OF GARNISHMENT OR FAIL TO WITHHOLD PROPERTY in accordance with this Writ, the Board may petition the Court for an order requiring you to appear in Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the interest of the Respondent in such property.

IT IS UNLAWFUL TO PAY OR DELIVER TO THE RESPONDENT ANY ITEM, FUNDS, OR MONEY ATTACHED BY THIS WRIT.

This Writ of Garnishment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(10).

_____
UNITED STATES DISTRICT JUDGE

ENTERED: 4/6/08