UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>    Petitioner,<br><br>v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br><br>    Respondent,<br><br> and<br><br>WACHOVIA BANK<br>Lorton Town Center Financial Center<br>8994 Lorton Station Blvd<br>Lorton, VA 22079,<br><br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07-mc-92<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date copies of the documents listed below were mailed to Respondent Tony Butler by overnight mail at 9509 Greencastle Lane, Lorton, VA, 22079:

 1) Application for Writ of Garnishment;
 2) Memorandum of Points and Authorities;
 3) Writ of Garnishment;
 4) Clerk's Notice of Postjudgment Garnishment;
 5) Instructions to Respondent on How to Claim Exemptions (including "Claim for Exemptions" form;
 6) Instructions to Garnishee; and

7)  Answer of Garnishee (form).

/s/ David H. Mori  
David H. Mori  
Attorney  
National Labor Relations Board  
Contempt Litigation and Compliance Branch  
1099 14th Street, NW, Suite 10700  
Washington, DC 20005  
(202) 273-3743

Dated at Washington, D.C.,  
this 9th day of April, 2008.