UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>    Petitioner,<br><br>v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br><br>    Respondent,<br><br>and<br><br>WACHOVIA BANK<br>Lorton Town Center Financial Center<br>8994 Lorton Station Blvd<br>Lorton, VA 22079,<br><br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 07-mc-92<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date copies of the documents listed below were mailed to Wachovia Bank, N.A., by overnight mail at Legal Processing Order, 5th and Market Streets, Philadelphia, PA, 19107:

    1)    Writ of Garnishment;
    2)    Instructions to Garnishee; and

3)     Answer of Garnishee (form).

                                        /s/ David H. Mori
                                        David H. Mori
                                        Attorney
                                        National Labor Relations Board
                                        Contempt Litigation and Compliance Branch
                                        1099 14th Street, NW, Suite 10700
                                        Washington, DC 20005
                                        (202) 273-3743

Dated at Washington, D.C.,
this 8th day of April, 2008.