United States District Court for The Distric of Columbia

Case No. 07-mc-92 *RJL*

National Labor Relations Board

vs

Tony Butler

    AND

Wachovia Bank NA
PA4418
PO BOX 8667
Philadelphia, PA 19101-8667

## GARNISHEE'S CONFESSION, OF ASSETS OF PROPERTY OTHER THAN WAGES

### 3-645

THE GARNISHEE reports that he holds assets (other than wages) belonging to the defendant, as of 4/10/2008, the date upon which attachment herein was served.

| ACCOUNT TYPE | ACCOUNT NUMBER | HOLDING AMOUNT |
|---|---|---|
| SAV | 3002000449077 | $1,000.00 |

4/10/2008

Wachovia Bank NA
PA4418
PO BOX 8667
Philadelphia, PA 19101-8667

I HEREBY CERIFY that I mailed or delivered a copy of this document to the Plaintiff, or Attorney for Plaintiff and to the Defendant, or Attorney for the Defendant.

_____
Signature of Garnishee or Attorney, Attorney I.D.

GARNISHEE'S CONFESSION, OF ASSETS OF PROPERTY OTHER THAN WAGES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 7 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL LABOR RELATIONS BOARD )
1099 14th Street, NW, Suite 10700 )
Washington, D.C. 20005, )
)
           Petitioner, )
)
v. )   No. 07-mc-92
)
TONY BUTLER )
9509 Greencastle Ln )
Lorton, VA 22079, )
)
           Respondent, )
)
and )
)
WACHOVIA BANK )
Lorton Town Center Financial Center )
8994 Lorton Station Blvd )
Lorton, VA 22079, )
)
           Garnishee. )

**WRIT OF GARNISHMENT**

To:   Wachovia Bank
       Lorton Town Center Financial Center
       8994 Lorton Station Blvd
       Lorton, VA 22079

The National Labor Relations Board (the "Board"), an independent agency of the United States Government, has filed with the Court an application for a Writ of Garnishment against certain property of Respondent Tony Butler. An order has been entered by the United States District Court for the District of Columbia (Civil Action No. 1:07-mc-00092-RJL) against the Respondent in the amount of $1,000.00.

APR 10 2008

YOU ARE HEREBY REQUIRED to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession any moneys or property owned by or in which Respondent Tony Butler has a substantial interest or whether you are indebted to the Respondent. You shall include in your answer a description of all such property and indebtedness, and the value of any such property. Your answer must also give a description of any previous garnishments to which such property is subject, if any. For your convenience, a form Answer is being provided with this Writ.

YOU MUST FILE the original written Answer to this Garnishment within ten (10) days of receipt with the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, District of Columbia, 20001. Additionally, you must also serve a copy of your Answer upon the Respondent, and upon Stanley R. Zirkin, Assistant General Counsel, National Labor Relations Board, Contempt Litigation & Compliance Branch, 1099 14th Street, NW, Suite 10700, Washington, District of Columbia, 20005.

YOU ARE HEREBY COMMANDED, unless otherwise directed by the Court or by this Writ, not to pay any debt owed to the Respondent at the time this Writ was served and not to deliver, sell, or transfer any property or money of the Respondent that is in your possession or control at the time this Writ is served or which may hereafter come into your possession or control pending further order of the Court. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the Board's claim.

YOU ARE FURTHER COMMANDED to withhold and retain any property in which the Respondent has a substantial interest and for which you are or may become indebted to the Respondent pending further order of the Court.

Under the law, there is property that is exempt from this Writ of Garnishment. If, at the time this Writ was served, you owe the Respondent any earnings (that is, wages, salaries, commissions, bonuses, or other compensation for personal services or any periodic payments pursuant to a pension or retirement program), the Respondent is entitled to receive amounts that are exempt from garnishment under federal and state law. You must pay the exempt amounts to the Respondent on the day you would customarily pay the compensation or other periodic payment.

If you owe the Respondent money in excess of $1,000.00, hold only that amount and release all additional funds or property of the Respondent.

IF YOU FAIL TO ANSWER THIS WRIT OF GARNISHMENT OR FAIL TO WITHHOLD PROPERTY in accordance with this Writ, the Board may petition the Court for an order requiring you to appear in Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the interest of the Respondent in such property.

IT IS UNLAWFUL TO PAY OR DELIVER TO THE RESPONDENT ANY ITEM, FUNDS, OR MONEY ATTACHED BY THIS WRIT.

This Writ of Garnishment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(10).

_____
UNITED STATES DISTRICT JUDGE

ENTERED:   4/6/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD )
1099 14th Street, NW, Suite 10700 )
Washington, D.C. 20005, )
                                )
        Petitioner, )
                                )
    v.                          )   No. 07-mc-92
                                )
TONY BUTLER                     )
9509 Greencastle Ln             )
Lorton, VA 22079,               )
                                )
        Respondent, )
                                )
    and                         )
                                )
WACHOVIA                        )
Lorton Town Center Financial Center )
8994 Lorton Station Blvd        )
Lorton, VA 22079,               )
                                )
        Garnishee. )

### ANSWER OF GARNISHEE WACHOVIA BANK

I, _Mary Montrose_ (insert full name of individual preparing this answer), BEING DULY SWORN, DEPOSE AND STATE AS FOLLOWS:

1. I am authorized by the Garnishee named above to make this Answer to the Writ of Garnishment served on the Garnishee in the above-referenced proceeding.

2. The Garnishee's complete name, address, telephone number, and facsimile transmission number are as follows:

2

3. The writ of garnishment was served on the Garnishee at __N/A__ a.m./p.m. (circle one) on _____ (month, date, and year).

4. Was the Garnishee indebted to and/or did the Garnishee hold any moneys or other property on behalf of or belonging to Respondent Tony Butler at any time on or after the Writ of Garnishment was served in this proceeding?

    ___ Yes

    _✓_ No

    If the answer is yes, state the basis and amount of all indebtedness owed to the Respondent, the amount(s) of any money involved, and/or the type and value of any other property presently being held by the Garnishee for the Respondent:

5. If the Garnishee has custody, control, or possession of any moneys, checking accounts, savings accounts, brokerage accounts, money market accounts, certificates of deposit, or other financial accounts, in which the Respondent held an interest either when the Writ was served or at anytime since, state the account number and balance of each such account:

    (a) On the date the Writ of Garnishment was served

    | Account Number | Balance |
    |---|---|
    | 1010135868588 | 301.58 |
    | 20000 2325 7498 | 6.74 |
    | 3002000449077 | $1,000.00 |
    | 300004 5-2373/9 | 5.00 |
    | 10101082029 93 | 40.67 |

    (b) At the time this Answer was prepared:

    | Account Number | Balance |
    |---|---|
    | 3002000449077 | 1,000.00 |
    | 1010135868588 | 301.58 |
    | 20000 2325 7498 | 6.74 |
    | 300004 5-2373/9 | 5.00 |
    | 10101082029 93 | |

3

6. From the date on which the Writ of Garnishment was served until the present, did the Respondent maintain a safety deposit box at or under the control of the Garnishee?


___ Yes

_✓_ No

If the answer is yes, state the number and location of all such safety deposit box(es):

7. In addition to any assets described above, does the Garnishee anticipate becoming indebted to the Respondent or holding any funds or other property on behalf of the Respondent at any time in the future?


___ Yes

_✓_ No

If the answer is yes, state the basis for and amount of any such anticipated indebtedness and/or the amount of such or the type and value of any such property:

8. If Garnishee is unable to determine the identity of the Respondent after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

4

9. Is the Garnishee aware of any other garnishments, liens, or levies in effect at the time the Writ of Garnishment was served in this case or since with respect to any assets owned or controlled by the Respondent?

___ Yes

_✓_ No

If the answer is yes, describe below or on a separate sheet of paper attached hereto any such garnishments, liens, or levies, and the outstanding amount of each, and supply copies of all documents establishing the existence of any such garnishments, liens, or levies.


10. If you deny that the Garnishee holds property subject to this writ of garnishment, check the applicable line below:

_✓_ Garnishee was not, at the time the Writ of Garnishment was served, and has not been at any time since the Writ of Garnishment was served, in any manner indebted or liable to the Respondent; Garnishee did not have, at the time the Writ of Garnishment was served, and has not had at any time since the Writ of Garnishment was served, possession, custody or control of any money or other property belonging to the Respondent, or in which the Respondent has or had an interest; and, Garnishee is in no manner liable as a garnishee in this action.

5

___ Garnishee has the following objections, defenses, or set-offs to the National Labor Relations Board's right to apply either or both of the Respondents' property to the satisfaction of the Board's claim (explain in detail, and provide copies of all supporting documentation):

11. Garnishee has this date delivered or mailed a copy of this Answer by first class mail to the Respondent at 9509 Greencastle Ln, Lorton, Virginia, 22079, and to Stanley R. Zirkin, Assistant General Counsel, National Labor Relations Board, 1099 14th Street, NW, Suite 10700, Washington, District of Columbia, 20005.

I have read the foregoing answer and hereby swear of affirm under penalty of perjury that the responses set forth above are based on facts known to me and are true and correct.

DATED:

GARNISHEE: WACHOVIA BANK
By: (signature) *Mary Monterosso*
Print name: Mary Monterosso
Title: 4-10-08