UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br>    Petitioner,<br><br>v.<br><br>TONY BUTLER<br>9509 Greencastle Ln<br>Lorton, VA 22079,<br>    Respondent,<br><br>and<br><br>WACHOVIA BANK<br>Lorton Town Center Financial Center<br>8994 Lorton Station Blvd<br>Lorton, VA 22079,<br>    Garnishee. | No. 07-mc-92 |

**MOTION FOR AN ORDER FOR DISPOSITION OF FUNDS
PURSUANT TO GARNISHMENT**

Petitioner, National Labor Relations Board (the "Board"), by and through its undersigned counsel, hereby files this Motion for an Order for Disposition of Funds, pursuant to § 3205(b)(7) of the Federal Debt Collection Procedures Act ("FDCPA"). In support of its motion, the Board states as follows:

1.     Pursuant to 28 U.S.C. § 3205(c)(1), on April 6, 2008, the Court entered a Writ of Garnishment ("Writ") in this matter directed to Garnishee Wachovia Bank ("Garnishee"). See Exhibit 1. The Writ was served upon the Garnishee on April 8, 2008. See Exhibit 2.

2.  As required by 28 U.S.C. §§ 3202(c) and 3205(c)(3), on April 9, 2008, the Board served Respondent/Judgment Debtor Tony Butler with the following documents: Writ of Garnishment; Clerk's Notice of Post-Judgment Garnishment, which was issued on April 7, 2008; Ex Parte Application for Post-Judgment Garnishment; Instructions to Garnishee Wachovia Bank, which explained that the Garnishee is required to submit a written Answer to the Writ; and Instructions to the Respondent/Judgment Debtor, which explained how to object to the Garnishee's answer and obtain a hearing on those objections. The Respondent/Judgment Debtor received these documents at his home on April 14, 2008. See Exhibits 3 and 4. The Respondent/Judgment Debtor was thereby notified of his right to a hearing and to object to the Garnishee's answer.

3.  Pursuant to the Writ, on or about April 10, 2008, the Garnishee filed and served upon the Respondent the Garnishee's Answer to the Writ ("Answer"), which stated that the Garnishee had in its possession and control at the time the Writ was served, funds in an amount exceeding $1,000.00, in which Respondent Tony Butler maintained an interest. See Exhibit 5.

4.  The FDCPA, in pertinent part, provides that, "within 20 days after receipt of the [Garnishee's] answer, the judgment debtor . . . may file a written objection to the answer and request a hearing." 28 U.S.C. § 3205(c)(5). The FDCPA provides further that "[a]fter the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property." 28 U.S.C. § 3205(b)(7).

5.  More than twenty (20) days has elapsed since the Board notified the Respondent /Judgment Debtor of his right to request a hearing and since

Respondent/Judgment Debtor was served with the Garnishee's Answer. The Respondent/Judgment Debtor has neither filed any objection to the Answer nor requested a hearing within the time provided by law.

6.  The notice requirements and all other requirements of 28 U.S.C. § 3205 have been fully satisfied.

WHEREFORE, Petitioner respectfully requests that the Court, pursuant to 28 U.S.C. § 3205(c)(7), grant the Board's motion and enter the proposed Order for Disposition of Funds submitted herewith, requiring the Garnishee to turn over to the Petitioner all moneys or property of the Respondents held by the Garnishee pursuant to the Writ of Garnishment.

NATIONAL LABOR RELATIONS BOARD


/s/ David H. Mori
David H. Mori
Attorney
Contempt Litigation and Compliance Branch
National Labor Relations Board
1099 14th St., N.W. – Suite 10700
Washington, DC 20005
Telephone: (202) 273-3743

Dated at Washington, D.C.
this 6th day of May, 2008.

# CERTIFICATE OF SERVICE

The National Labor Relations Board, the petitioner and judgment creditor herein, hereby certifies that one copy of the Motion for an Order for Disposition of Funds Pursuant to a Writ of Garnishment and Proposed Order were on this date served by overnight mail on the following at the addresses indicated:

>Tony Butler
>9509 Greencastle Ln
>Lorton, VA 22079
>
>Wachovia Bank
>Legal Order Processing
>5th and Market Streets
>Philadelphia, PA 19107

**NATIONAL LABOR RELATIONS BOARD**

/s/ David H. Mori_____
David H. Mori
Attorney
1099 14th Street, N.W. – Suite 10700
Washington, D.C.  20570
Tel.  (202) 273-3743
Fax  (202) 273-4244
Email:  david.mori@nlrb.gov

Dated in Washington, D.C.,
this 6th day of May, 2008.