UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD )
1099 14th Street, NW, Suite 10700 )
Washington, D.C. 20005, )
)
        Petitioner, )
)
v. ) No. 07-mc-92
)
TONY BUTLER )
9509 Greencastle Ln )
Lorton, VA 22079, )
)
        Respondent, )
)
and )
)
WACHOVIA BANK )
Lorton Town Center Financial Center )
8994 Lorton Station Blvd )
Lorton, VA 22079, )
)
        Garnishee. )

ORDER FOR DISPOSITION OF FUNDS
PURSUANT TO GARNISHMENT

A Writ of Garnishment directed to Garnishee Wachovia Bank ("Garnishee") was issued by the Court on April 6, 2008, and served upon the Garnishee on April 8, 2008.. Pursuant to the Writ of Garnishment, on or about April 10, 2008, the Garnishee filed and served upon the Respondent an Answer stating that it had in its control or possession at the time the Writ was served, money, including checking accounts, savings accounts, money market accounts, certificates of deposit, and other financial accounts in the amount of $1,000.00 in which the Respondent Tony Butler maintained an interest.

The Respondent was duly notified of his right to a hearing and right to object to the Answer of the Garnishee. More than twenty (20) days have elapsed since the

2

Garnishee's Answer was served upon the Respondent, and the Respondent has neither requested a hearing nor objected to the Answer of the Garnishee within the time provided by law.

IT IS THEREFORE ORDERED that Garnishee WACHOVIA BANK shall immediately pay over to Petitioner National Labor Relations Board, the sum of $1,000.00. Said funds shall be transmitted to the Board at the following address by check made payable to the **Clerk – U.S. District Court**:

> National Labor Relations Board
> Contempt Litigation & Compliance Branch
> 1099 14th Street, NW, Suite 10700
> Washington, DC 20005
> Attn: David Mori

IT IS FURTHER ORDERED that Garnishee WACHOVIA BANK shall continue to honor the provisions of the Writ of Garnishment until said check has been cleared by the Court, o~~r until~~.

ENTERED: 5/8/08

_____
UNITED STATES DISTRICT JUDGE