UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TONY BUTLER, )<br>)<br>Defendant. ) | Civil Action No. 07mc92 (RJL) |

**MOTION TO WITHDRAW CASE BASED ON COMPLIANCE**

Plaintiff National Labor Relations Board (the "Board"), an administrative agency of the United States Government, moves to withdraw the instant case against Defendant Tony Butler, based on compliance with this Court's September 4, 2007 order requiring him to pay a fine of $1,000 to the Clerk of this Court.

Earlier this year, the Board, through an ex-parte application, obtained a writ of garnishment signed by Judge Leon. Shortly thereafter, the Board garnished $1,000 from Mr. Butler's personal checking account, and, on June 10, 2008, the Board mailed a check for that amount to the Clerk of this Court. On or about June 13, 2008, the Board received confirmation from this Court that the $1,000 payment had been received (Exhibit A).

Accordingly, the Board moves to withdraw the instant case, as all terms of the Court's September 4, 2007 order have been fulfilled.

                Respectfully submitted,

                /s/ David H. Mori
                David H. Mori, Attorney
                National Labor Relations Board
                1099 14th Street, NW, Suite 10700
                Washington, D.C. 20005
                Tel:   (202) 273-3743
                Fax:  (202) 273-4244
                Email: david.mori@nlrb.gov

Dated at Washington, D.C.,
this 23rd day of July, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that on this date copies of the Board's Motion to Withdraw Case Based on Compliance were mailed to the following persons by overnight mail:

- Tony Butler
  9509 Greencastle Lane
  Lorton, VA, 22079

- Wachovia Bank
  Legal Processing Order
  5th and Market Streets
  Philadelphia, PA 19107

/s/ David H. Mori

David H. Mori, Attorney
National Labor Relations Board
1099 14th Street, NW, Suite 10700
Washington, DC 20005

Dated at Washington, D.C.,
this 23rd day of July, 2008.

3

United States District Court
for the District of Columbia
Finance Office - Rm 1725B
333 Constitution Ave NW
Washington, DC 20001

June 13, 2008

David H Mori
National Labor Relations Board
Contempt Litigation and Compliance Branch
1099 14th St NW
St 10700
Washington, DC 20005

RE:   NLRB v Tony Butler, Case No.  07-mc-92 (RJL)

Dear Mr. Mori:

Enclosed please find a receipt for payment of the $1,000.00 payment our office received on behalf of Mr. Butler for an order issued by Judge Leon at the U.S. District Court.

The information will be noted on the docket that the payment was received.

Should you have any questions please feel free to contact me at 202-354-3104.

Sincerely,

Alfreda A. Ludd
Financial Administrator

Enclosure


EXHIBIT
A

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616012939
Cashier ID: lfizer
Transaction Date: 06/12/2008
Payer Name: TONY BUTLER
-----------------------------------
CRIMINAL DEBT
 For: TONY BUTLER
 Case/Party: D-DCX-1-07-MC-000092-001
 Amount:         $1,000.00
-----------------------------------
CHECK
 Check/Money Order Num: 3100011097
 Amt Tendered:   $1,000.00
-----------------------------------
Total Due:       $1,000.00
Total Tendered:  $1,000.00
Change Amt:         $0.00
```

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.